THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Edward Lee
 Cross #1, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.   2008-UP-048
Submitted January 2, 2008  Filed January
 14, 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III , South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, ,of York, for Respondent.
 
 
 

PER CURIAM:  Edward Lee Cross appeals his conviction
 for trafficking cocaine.  On appeal,
 Cross contends the trial court erred by failing to instruct the jury on the
 defense of entrapment.  Crosss
 counsel attached to the brief a petition to be relieved as counsel, stating
 that he had reviewed the record and concluded this appeal lacks merit.  Cross
 filed a separate pro se brief.  After a thorough review of the record, counsels brief, and
 Crosss pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HUFF and PIEPER, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.